**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**

672 Truist Bank

**Name Change**

354 Prosper Bank – Change to 354 Presence Bank
542 LinkBank – Change to 499 Gratz Bank (The)
554 Landmark Community Bank– Change to 34 Fidelity Deposit & Discount Bank (The)

**Platinum Leader Change**

182 Tompkins VIST Bank - Remove

**Correction**

**Removal**

642 BB & T Company